IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LANEX CORPORATION | § | CASE NO. 14-35186 |
| | § | (Chapter 7) |
| DEBTOR | § | |

NOTICE OF RESET CREDITORS' MEETING

PLEASE TAKE NOTICE that the Creditors' Meeting originally scheduled for October 23, 2014 has been reset. The Creditors' Meeting will take place **November 13, 2014 at 9:00 am at the office of the U. S. Trustee, 515 Rusk, Ste 3401, Houston, TX 77002.**

FUQUA & ASSOCIATES, P.C.

By:   */s/ Richard L. Fuqua*
Richard L. Fuqua
State Bar No. 07552300
5005 Riverway, Suite 250
Houston, Texas 77056
(713) 960-0277
(713) 960-1064 telecopier

COUNSEL FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice was forwarded by regular United States mail, postage prepaid, to the parties listed on the attached service list on the 25th day of September, 2014.

*/s/ Richard L. Fuqua*
Richard L. Fuqua