| | | |
|---|---|---|
| Lanex Corporation<br>12227 FM 529, Ste. A<br>Houston, TX 77041 | Eva Engelhart, Trustee<br>Ross Banks May Cron and Cavin<br>2 Riverway, Ste. 700<br>Houston, TX 77056-1918 | ABC Home & Commercial Services<br>8448 N. Sam Houston Pkwy W<br>Houston, TX 77064 |
| Aries Freight Systems, LP<br>1501 E. Richey Rd.<br>Houston, TX 77073 | Arturo C. Bucaram<br>11402 Chaucer Oaks Ct.<br>Houston, TX 77082 | AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 |
| B&W Pipe, Inc.<br>1421 Ave. C<br>Katy, TX 77493 | Beta International, Inc.<br>PO Box 5217<br>Houston, TX 77062 | Cameron<br>3250 Briarpark<br>Houston, TX 77042 |
| Carr, Riggs & Ingram, LLC<br>Two Riverway, 15th Floor<br>Houston, TX 77056 | Chamberlain, Hrdlicka etal.<br>1200 Smith St, Ste 1400<br>Houston, TX 77002-4496 | Coating Industries<br>6414 Thomas Rd.<br>Houston, TX 77041 |
| Direct Energy Business<br>1001 Liberty Ave.<br>Pittsburgh, PA 15222 | Dodson<br>5650 East Ponce de Leon Ave.<br>Stone Mountain, GA 30083 | FedEx<br>PO Box 660481<br>Dallas, TX 75266 |
| HMH Industries LLC<br>565 South Mason Rd. #413<br>Katy, TX 77450 | Inspection 4 Industry LLC<br>25913 Blascos<br>Mission Viejo, CA 92691 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Johnny's Gauge & Meter Repairs<br>718 Dunwoody<br>Houston, TX 77076 | Kerr Wilson PC<br>16800 Imperial Valley Drive<br>Houston, TX 77060 | Lexon Surety Co.<br>12890 Lebanon Road<br>Mt. Juliet, TN 37122 |
| Modern Copy Center Inc.<br>15219 Stuebner Airline Rd.<br>Houston, TX 77069 | Nappco Fastener Company<br>c/o Jana H. Woelfel<br>Strasburger & Price LLP<br>909 Fannin, Ste. 2300<br>Houston, TX 77010 | National Oilwell Varco, LP<br>PO Box 200838<br>Dallas, TX 75230 |
| NCC Financial LLC<br>16420 Park Ten Place, Ste. 125<br>Houston, TX 77041 | Oscar Arnulfo Flores<br>c/o Steve Waldman<br>Miller Weisbrod, LLP<br>11551 Forest Central Dr, Ste. 300<br>Dallas, TX 75237 | Pipeline Equipment Inc. Machine Division<br>8403 S. 89th W. Ave.<br>Tulsa, OK 74131 |
| Professional Welding<br>3000 Brittmoore Road<br>Houston, TX 77043 | Quality Inspection & Testing, Inc.<br>3808 Commercial Dr.<br>New Iberia, LA 70560 | Swiber Offshore Mexico, S.A. DE C.V.<br>20-A, #19 COL. Pallas<br>Ciudad del Carmen<br>Campeche, Mexico 24140 |

| | | |
|---|---|---|
| Texas Citizens Bank, N.A.<br>Attn:  Chris Glass<br>1800 NASA Parkway<br>Houston, TX 77058 | The Texas Development Company<br>Northwoods Industrial Park-Center<br>12121 FM 529<br>Houston, TX 77041-2803 | UPS<br>c/o NCO Financial Sytems<br>PO Box 9186<br>Dublin, OH 43017 |
| Waste Connections of Texas Houston<br>PO Box 1598<br>Humble, TX 77347 | | |