B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/12)      Case Number **14–35186**

## UNITED STATES BANKRUPTCY COURT **District of** Southern District of Texas

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/22/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.
**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lanex Corporation
12227 FM 529, Suite A
Houston, TX 77041

| Case Number: | Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 14–35186 | 76–0301780 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Richard L Fuqua II<br>Fuqua & Associates, PC<br>5005 Riverway<br>Ste. 250<br>Houston, TX 77056<br>Telephone number: 713–960–0277 | Eva S Engelhart<br>Ross Banks May Cron and Cavin PC<br>2 Riverway<br>Ste 700<br>Houston, TX 77056–1918<br>Telephone number: 713–626–1200 |

### Meeting of Creditors

Date: **October 23, 2014**      Time: **11:00 AM**
Location: **Suite 3401, 515 Rusk Ave, Houston, TX 77002**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208<br>Telephone number: (713) 250–5500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David J. Bradley |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 5:00 PM | Date: 9/23/14 |

## EXPLANATIONS

B9B (Official Form 9B) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                    Case No. 14-35186-mi
Lanex Corporation                                                                         Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4        User: mmap              Page 1 of 2             Date Rcvd: Sep 23, 2014
                            Form ID: b9b            Total Noticed: 36

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2014.
db             +Lanex Corporation,    12227 FM 529, Suite A,    Houston, TX 77041-2811
8928630        +ABC Home & Commercial Services,     8448 N. Sam Houston Pkwy W,    Houston, TX 77064-3445
8928631        +Aries Freight Systems, LP,    1501 E. Richey Rd.,    Houston, TX 77073-3510
8928632        +Arturo C. Bucaram,    11402 Chaucer Oaks Ct.,    Houston, TX 77082-6841
8928634        +B&W Pipe, Inc.,    1421 Ave. C,    Katy, TX 77493-1901
8928635        +Beta International, Inc.,    PO Box 5217,    Houston, TX 77262-5217
8928636        +Cameron,    3250 Briarpark,    Houston, TX 77042-4461
8928637        +Carr, Riggs & Ingram, LLC,    Two Riverway, 15th Floor,    Houston, TX 77056-2084
8928638         Chamberlain, Hrdlicka etal.,    1200 Smith St, Ste 1400,    Houston, TX 77002-4496
8928639        +Coating Industries,    6414 Thomas Rd.,    Houston, TX 77041-4915
8928640        +Direct Energy Business,    1001 Liberty Ave.,    Pittsburgh, PA 15222-3728
8928641        +Dodson,    5650 East Ponce de Leon Ave.,    Stone Mountain, GA 30083-1407
8928642        +FedEx,    PO Box 660481,    Dallas, TX 75266-0481
8928643        +HMH Industries LLC,    565 South Mason Rd. #413,    Katy, TX 77450-2437
8928644        +Inspection 4 Industry LLC,    25913 Blascos,    Mission Viejo, CA 92691-5812
8928646        +Johnny's Gauge & Meter Repairs,     718 Dunwoody,    Houston, TX 77076-1914
8928647        +Kerr Wilson PC,    16800 Imperial Valley Drive,    Houston, TX 77060-3121
8928648        +Lexon Surety Co.,    12890 Lebanon Road,    Mt. Juliet, TN 37122-2870
8928649        +Modern Copy Center Inc.,    15219 Stuebner Airline Rd.,    Houston, TX 77069-2119
8928652        +NCC Financial LLC,    16420 Park Ten Place, Ste. 125,    Houston, TX 77084-5299
8928650        +Nappco Fastener Company,    c/o Jana H. Woelfel,    Strasburger & Price LLP,
                 909 Fannin, Ste. 2300,    Houston, TX 77010-1036
8928651        +National Oilwell Varco, LP,    PO Box 200838,    Dallas, TX 75320-0838
8928653        +Oscar Arnulfo Flores,    c/o Steve Waldman,    Miller Weisbrod, LLP,
                 11551 Forest Central Dr, Ste. 300,    Dallas, TX 75243-3924
8928654        +Pipeline Equipment Inc. Machine Division,     8403 S. 89th W. Ave.,    Tulsa, OK 74131-3616
8928655        +Professional Welding,    3000 Brittmoore Road,    Houston, TX 77043-1023
8928656        +Quality Inspection & Testing, Inc.,     3808 Commercial Dr.,    New Iberia, LA 70560-0427
8928657         Swiber Offshore Mexico, S.A. DE C.V.,     20-A, #19 COL. Pallas,    Ciudad del Carmen,
                 Campeche, Mexico 24140
8928658        +Texas Citizens Bank, N.A.,    Attn: Chris Glass,    1800 NASA Parkway,    Houston, TX 77058-3502
8928659         The Texas Development Company,    Northwoods Industrial Park-Center,     12121 FM 529,
                 Houston, TX 77041-2803
8928660        +UPS,   c/o NCO Financial Sytems,    PO Box 9186,    Dublin, OH 43017-4186
8928661        +Waste Connections of Texas Houston,     PO Box 1598,    Humble, TX 77347-1598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: fuqua@fuquakeim.com Sep 23 2014 21:49:45      Richard L Fuqua, II,
                 Fuqua & Associates, PC,    5005 Riverway,    Ste. 250,   Houston, TX   77056
tr              EDI: FEENGELHART.COM Sep 23 2014 21:03:00      Eva S Engelhart,
                 Ross Banks May Cron and Cavin PC,    2 Riverway,   Ste 700,    Houston, TX   77056-1918
ust            +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Sep 23 2014 21:51:43       US Trustee,
                 Office of the US Trustee,    515 Rusk Ave,   Ste 3516,    Houston, TX 77002-2604
8928633         EDI: ATTWIREBK.COM Sep 23 2014 21:03:00      AT&T,   PO Box 5019,    Carol Stream, IL 60197-5019
8928645         EDI: IRS.COM Sep 23 2014 21:03:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                               TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0541-4          User: mmap              Page 2 of 2            Date Rcvd: Sep 23, 2014
                              Form ID: b9b            Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2014 at the address(es) listed below:

        Eva S Engelhart    eengelhart@rossbanks.com, ee@trustesolutions.net;christinevega@rossbanks.com;kday@rossbanks.com

        Richard L Fuqua, II    on behalf of Debtor    Lanex Corporation fuqua@fuquakeim.com, fuqua@fuqualegal.com

        US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV

        TOTAL: 3